IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO, G-49875,

    Plaintiff,

v.

REBECCA QUEZADA,

    Defendant.

No. C 11-00286 CRB (PR)

ORDER

    Good cause appearing, defendant's request for leave to file a dispositive motion is GRANTED. Defendant shall file a dispositive motion by no later than May 18, 2012. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving a copy of the motion, and defendant shall file a reply to any opposition within 15 days thereafter.

    No further extensions of time will be granted.

SO ORDERED.

DATED: Jan. 19, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Soto, W1.eot.dspmtn.wpd